**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**NORMAN SANDERS,**
**ADC #162021**                                                                   **PLAINTIFF**

**V.**                              **CASE NO. 2:15-CV-195-BSM-BD**

**VIRGIL GREEN and**
**CARL VAN**                                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

          This Recommended Disposition ("Recommendation") has been sent to Chief

Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you

file objections, they must be specific and must include the factual or legal basis for your

objection.  Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of the date of this Recommendation.

          If no objections are filed, Judge Miller can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

**II.**    **Discussion:**

          Plaintiff Norman Sanders, formerly an Arkansas Department of Correction inmate,

filed this case without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)

Mr. Sanders has now been released from custody, as evidenced by mail returned to the

Court as "return to sender" and "no longer here."  (#16, #18)

On February 23, 2016, Mr. Sanders was ordered to provide an updated address to the Court within thirty days.  (#17)  The Court specifically cautioned Mr. Sanders that his claims could be dismissed if he failed to comply with the Court's Order.

To date, Mr. Sanders has not responded to the Court's February 23, 2016 Order. The time for doing so has passed.  Therefore, Mr. Sanders's claims should be DISMISSED, without prejudice, based on his failure to prosecute this action, as well as his failure to comply with the Court's February 23, 2016 Order.  See Local Rule 5.5(c)(2).

## III.   <u>Conclusion</u>:

The Court recommends that Mr. Sanders's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's February 23, 2016 Order. Local Rule 5.5.

DATED this 28th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE