# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**NORMAN SANDERS,**                                                  **PLAINTIFF**
**ADC #162021**

**v.**                **CASE NO. 2:15-CV-00195 BSM**

**VIRGIL GREEN &**
**CARL VAN**                                                       **DEFENDANTS**

## **ORDER**

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 19] has been reviewed. No objections have been filed. After a review of the entire record, the RD is adopted.

Therefore, the complaint is dismissed without prejudice.

IT IS SO ORDERED this 18th day of April 2016.

                                                          _/s/ Brian S. Miller_
                                                          UNITED STATES DISTRICT JUDGE